UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ROBERT FIMOGNARI,

                Petitioner,

   -v-

WARDEN E. RICKARD,

              Respondent.

CIVIL ACTION NO. 25 Civ. 10735 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Petitioner's letter at Dkt. No. 13 objecting to Respondent's request for an extension of time to file a response to the Petition, which the Court granted on March 23, 2026. (Dkt. Nos. 11–12). Although the Court has considered the Petitioner's arguments, the Court confirms its granting of an extension of time for Respondent to respond to the Petition until **Thursday, April 23, 2026.** (See Dkt. No. 12). Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Court finds good cause for the extension based on Respondent's need for additional time to properly respond to the Petition.

Dated:     New York, New York
           April 10, 2026

                           SO ORDERED.

                           SARAH L. CAVE
                           **United States Magistrate Judge**